JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENEBONE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PET QWERKS, INC. and DOSKOCIL MANUFACTURING COMPANY, INC. d/b/a PETMATE,<br><br>        Defendant. | Case No. 8:20-cv-00850-AB (AFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 9, 2021

                                        ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE